UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Rondell A Johnson

                                   Plaintiff,

v.                                              Case No.: 1:24−cv−11692
                                                           Honorable Lindsay C. Jenkins

UNITED STATES OF AMERICA, et al.

                                   Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Wednesday, July 16, 2025:


       MINUTE entry before the Honorable Lindsay C. Jenkins: Plaintiff's motion for leave to amend [27] is granted. Federal Rule of Civil Procedure 15(a)(2) supplies the standard for amending a pleading when the time to amend as a matter of course has expired: 'a party may amend its pleading only with the opposing party's written consent or the court's leave.'" Moran v. Calumet City, 54 F.4th 483, 500 (7th Cir. 2022). District courts should freely give leave when justice so requires, that is, unless there is undue delay, prejudice, bad faith, dilatory motive, undue prejudice, or futility. Fin. Fiduciaries, LLC v. Gannett Co., Inc., 46 F.4th 654, 667 (7th Cir. 2022). The liberal allowance of amended pleadings reflects the preference that controversies be decided on the merits when practicable. Runnion v. Girl Scouts of Greater Chi. & Nw. Ind., 786 F.3d 510, 520 (7th Cir. 2015). Plaintiff alleges that Defendant Symphony of California Gardens LLC ceased operating the skilled nursing facility at issue in the case and that Defendant California Terrace SNF LLC assumed control of the facility, making California Terrace SNF LLC liable for the acts and omissions of Defendant Symphony of California Gardens LLC. Though both entities are already named Defendants, see dkt. 14, only Defendant Symphony of California Gardens LLC has appeared and opposed the motion for leave to amend. But the arguments raised are not appropriate grounds for denying leave to amend at this early stage. The amendment is not futile because whether California Terrace SNF LLC is actually liable for the acts of Symphony of California Gardens LLC under Illinois law is a question best addressed after the conclusion of fact discovery. Nor has there been undue delay given that fact discovery is still underway and will not close until November 2025. Plaintiff shall file its second amended complaint as a freestanding docket entry by July 17, 2024. Defendants' answers are due by July 30, 2025. It is not clear whether a summons has been returned executed as to Defendant California Terrace SNF LLC, so by July 23, 2025, Plaintiff shall update the court on the matter of service on this Defendant. Mailed notice. (jlj, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of

Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.