**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Rondell A Johnson
                                      Plaintiff,

v.                                                    Case No.: 1:24−cv−11692
                                                              Honorable Lindsay C. Jenkins

UNITED STATES OF AMERICA, et al.
                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 23, 2025:

       MINUTE entry before the Honorable Lindsay C. Jenkins: The motion to dismiss [39] is denied as untimely. The time for Defendant Symphony of California Gardens, LLC to have raised arguments concerning deficiencies in Plaintiff's pleadings arising from the Nursing Home Care Act claim or common law negligence claims was in response to Plaintiff's amended complaint docketed at entry [14], which is the pleading that first raised these claims. Defendant Symphony of California Gardens, LLC filed an answer not a motion to dismiss, see docket entry [23]. Defendant is free to re−raise its arguments at the dispositive motion stage. Defendant's answer to the second amended complaint remains due by July 30, 2025. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.