# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Rondell A Johnson

                                                Plaintiff,

v.                                                                                                         Case No.: 1:24−cv−11692

                                                                                                        Honorable Lindsay C. Jenkins

UNITED STATES OF AMERICA, et al.

                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 28, 2025:

      MINUTE entry before the Honorable Lindsay C. Jenkins: Counsel for Defendant California Terrace SNF LLC has filed a motion to "quash service." The motion challenges whether the proofs of service filed by Plaintiff at docket entries [19] and [42] are sufficient. The proper way to challenge the adequacy of service is by filing a motion to dismiss for insufficient service of process under Rule 12(b)(5). And in this case, the relief sought should have been presented in the context of a motion to set aside the entry of default using a motion under FRCP 55(c) ("The court may set aside an entry of default for good cause, and it may set aside a final default judgment under Rule 60(b).") Still, Defendant's counsel states that "Mr. Singer has offered to submit to service once the service is quashed and will then respond to the Second Amended Complaint within the usual time frame of 21 days if not sooner." For efficiency's sake, the motion to quash is entered and continued. By August 1, 2025, counsel for Plaintiff and counsel for Defendant California Terrace SNF LLC shall meet and confer and arrange for Plaintiff's counsel to serve Defendant California Terrace SNF LLC through Mr. Singer (or other appropriate means, including through counsel). A joint status report as to that progress is due by August 4, 2025, and the court will rule on the motion to quash, if necessary. Lastly, this court does not require counsel to notice motions, so the August 5, 2025 notice of motion date is stricken. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.