**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Rondell A Johnson

                                      Plaintiff,

v.                                                         Case No.: 1:24−cv−11692
                                                                       Honorable Lindsay C. Jenkins

UNITED STATES OF AMERICA, et al.

                                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 4, 2025:

      MINUTE entry before the Honorable Lindsay C. Jenkins: The motion to vacate [50] is granted and the motion to quash [45] is denied as moot. Counsel for Defendant California Terrace SNF LLC has represented that the parties have discussed the matter of service and that Defendant California Terrace SNF LLC's answer will be filed by August 15, 2025. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.